44

THE STATE OF OHIO, APPELLEE, *v.* JEWETT, APPELLANT.

[Cite as *State v. Jewett* (1998), 84 Ohio St.3d 44.]

(No. 98–1217—Submitted October 13, 1998—Decided December 2, 1998.)

*Judith M. Stevenson,* Franklin County Public Defender, and *John W. Keeling,* Assistant Public Defender, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

THE STATE OF OHIO, APPELLEE, *v.* JONES, APPELLANT.

[Cite as *State v. Jones* (1998), 84 Ohio St.3d 44.]

(No. 98–1256—Submitted October 13, 1998—Decided December 2, 1998.)

*David H. Bodiker,* Ohio Public Defender, and *Jennifer D. Schaffer,* Assistant Public Defender, for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.